IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CURLAN McCRAY, JR.                                                                                PLAINTIFF

v.                                              5:08CV00072WRW/HLJ

MIKE HURST, et al.                                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute.  The relief sought is denied.

IT IS SO ADJUDGED this 25th day of July, 2008.


                                                                        /s/Wm. R. Wilson, Jr.
                                                                 UNITED STATES DISTRICT JUDGE